UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Armando Ezequiel Vasquez Chavez (A-Number: A-221-362-988),

Petitioner,

v.

Warden, California City Immigration Processing Center, U.S. Immigration and Customs Enforcement, ICE Field Office Director,

Respondents.

No. 1:26-cv-06108-KES-CDB (HC)

ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS

Doc. 1

Petitioner Armando Ezequiel Vasquez Chavez is an immigration detainee proceeding pro se with a petition for writ of habeas corpus, which contains a motion for temporary restraining order. Doc. 1. The Court set a briefing schedule on the petition for writ of habeas corpus. Doc. 4.

In the reply to the petition, respondents indicate that "[d]etention in this case was pursuant to 8 U.S.C. § 1225(b)(2)(A) as Petitioner was initially detained in the 5th Circuit Court of Appeals' jurisdiction." Doc. 5 at 1. Respondents maintain that petitioner is subject to 8 U.S.C. § 1225(b), but they acknowledge that the Ninth Circuit rejected their position in *Rodriguez*

*Vazquez v. Bostock*, --- F.4th ---, No. 25-6842, 2026 WL 2196424 (9th Cir. July 30, 2026). *See id*. Respondents concede that, in light of *Rodriguez Vasquez*, "Petitioner is therefore entitled to seek a custody redetermination hearing[.]" *See id.* at 1.

Accordingly, the petition for writ of habeas corpus is GRANTED. Respondents are ORDERED to provide petitioner Armando Ezequiel Vasquez Chavez (A-Number: A-221-362-988) with a bond hearing before a neutral arbiter pursuant to 8 U.S.C. § 1226(a) and its implementing regulations within seven (7) days of the date of this Order. Respondents shall immediately provide petitioner with a copy of this Order and shall provide him with 72 hours' written notice before the bond hearing in a language that he can understand. Petitioner may be represented by an attorney at this hearing, and respondents may extend the deadline at petitioner's request so that he can obtain an attorney. If petitioner obtains an attorney, his attorney shall also be given 72 hours' written notice before the bond hearing. The neutral decisionmaker must consider petitioner's financial circumstances in setting the amount of bond and alternative conditions of release in lieu of detention without bond. If respondents do not provide petitioner with a bond hearing within seven (7) days, then respondents must release him.[1]

The Clerk of Court is directed to close this case and enter judgment for petitioner. The Clerk is directed to serve California City Detention Center with a copy of this Order.

IT IS SO ORDERED.

Dated: August 14, 2026

UNITED STATES DISTRICT JUDGE

[1] This Order does not address the circumstances in which respondents may detain petitioner in the event he becomes subject to an executable final order of removal.